| Attorney or Party Name, Address, Telephone and Fax Nos., State Bar No. & Email Address<br><br>Yelena Gurevich<br>3700 Eagle Rock Blvd.<br>Los Angeles, CA 90065<br>(818) 254-8413<br>California State Bar Number: 269487<br>ecf@calgroup.org<br><br><br><br><br>*Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Nelson Anderson**<br><br>Debtor(s).<br><br><br>Plaintiff(s),<br><br>vs.<br><br><br><br>Defendant(s). | CASE NO.: __1:13-bk-11883__<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: __13__<br><br><br>**SUBSTITUTION OF ATTORNEY** |
|---|---|

1. The name of the party making this Substitution of Attorney is *(specify name)*: NELSON ANDERSON

2. The name, address, telephone number, and email address of the new attorney are *(specify)*: LAUREN RODE, ESQ., CONSUMER ACTION LAW GROUP PC, 3700 EAGLE ROCK BLVD., LOS ANGELES CA 90065, (818) 254-8413; ECF@CALGROUP.ORG

3. New attorney hereby appears in the following matters:    ☒ the case    ☐ the above adversary proceeding

4. The new attorney is substituted as attorney of record in place and stead of the present attorney. *(Specify name of present attorney)*:YELENA GUREVICH, ESQ.

Date: April 14, 2014

_____
Signature of party

__NELSON ANDERSON__
Printed name of party

I consent to the above substitution.

Date: 8/12/14

_____
Signature of present attorney

__YELENA GUREVICH, ESQ.__
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 8/12/14

_____
Signature of new attorney

__LAUREN RODE, ESQ.__
Printed name of new attorney

### IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3700 Eagle Rock Blvd.
Los Angeles, CA 90065

A true and correct copy of the foregoing document entitled (specify):  __SUBSTITUTION OF ATTORNEY__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/12/14 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bryan S Fairman  ecfcacb@piteduncan.com
- Elizabeth (SV) F Rojas (TR)  cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 8/12/14 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Aug 12, 2014 | Yelena Gurevich 269487 | /s/ Yelena Gurevich |
|---|---|---|
| Date | Printed Name | Signature |

Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Wells Fargo Bank, NA
ATTN: Bankruptcy Department
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012     Page 4     F 2090-1.4.SUBSTITUTION.ATTY