Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

Nelson Anderson

            DEBTOR

CHAPTER 13
CASE NO. SV-SV13-11883-VK-VK

**ORDER OF DISMISSAL AND TRUSTEE'S DECLARATION IN SUPPORT THEREOF**

1. On September 22, 2014, a Notice of Motion and Motion for and Order Dismissing this Chapter 13 Proceeding was served on the Debtor, if any, for material default under the plan, that the Debtor has failed to make satisfactory arrangements to cure the default.

2. The Debtor has not served the Trustee with an opposition to the Motion within the time allowed, or has otherwise failed to comply with the provisions of Local Rule 9013-1(7) or other applicable law.

I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed at Sherman Oaks, California, on October 28, 2014.

DATED: October 28, 2014

                                */s/ Elizabeth J. Rojas*
                                Elizabeth Rojas
                                Chapter 13 Standing Trustee

## PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to the above action and that on October 28, 2014 I mailed copies of this document to:

Nelson Anderson
5395 Churchwood Drive
Oak Park, CA 91377

CONSUMER ACTION LAW GROUP PC
3700 Eagle Rock Blvd
Los Angeles, CA 90065

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on October 28, 2014.

_____
Gisele Dorsey

## ORDER

Based upon the foregoing Declaration and good cause appearing, IT IS HEREBY ORDERED that this Chapter 13 is dismissed and all stays are dissolved.

Dated: NOV -5 2014

_____
Victoria S. Kaufman
U.S. Bankruptcy Judge

Page 2 - Case No. SV-SV13-11883-VK-VK

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  **ORDER DISMISSING CHAPTER 13 PETITION**

was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)  **10/28/2014**  , the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Bryan S Fairman    ecfcacb@piteduncan.com, BSF@ecf.inforuptcy.com
- Lauren Rode    lauren.rode@gmail.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Kelli R Wygant    kelli.wygant@wellsfargo.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Nelson Anderson 5395 Churchwood Drive, Oak Park, CA 91377

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9021-1.1.NOTICE.ENTERED.ORDER